# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ALBERTO RAMIRES,**

      **Plaintiff,**

v.                                      CASE NO. 3:11-cv-435-MW/CJK

**SECRETARY OF FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

      **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No. 25, filed May 16, 2013. The Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No. 26, filed June 3, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED**." The

Clerk shall close the file.

SO ORDERED on June 4, 2013.

s/Mark E. Walker
United States District Judge